Submitted on briefs May 7, affirmed June 6, 1917.

## KING v. OREGON SHORT LINE R. CO.

(165 Pac. 349.)

**Appeal and Error—Abstract of Record—Assignments of Error—Necessity for.**

1. Where the abstract on appeal contains no assignments of error and the complaint states a cause of action, questions discussed in appellant's brief will not be considered.

From Malheur: DALTON BIGGS, Judge.

Action by Arthur S. King against the Oregon Short Line Railroad Company, a corporation. From a judgment in favor of plaintiff, defendant appealed.

Submitted on briefs under the proviso of Supreme Court Rule 18: 56 Or. 622 (117 Pac. xi). Affirmed.

In Banc.    Statement by MR. JUSTICE MCCAMANT.

This is an action brought to recover the value of a cow alleged to have been killed by the defendant's

negligence.    The action was brought originally in a Justice Court in Malheur County.    The defendant took the case on appeal to the Circuit Court, where the case was tried *de novo* and a verdict was recovered by plaintiff for seventy-five dollars, interest and costs.    Defendant appeals from a judgment entered on this verdict.                                      AFFIRMED.

For appellant there was a brief over the names of *Mr. George H. Smith, Mr. H. B. Thompson* and *Mr. William E. Lees.*

For respondent there was a brief submitted by *Mr. Leslie J. Aker.*

MR. JUSTICE McCAMANT delivered the opinion of the court.

Plaintiff calls attention to the absence of assignments of error in the abstract on appeal.    Under the authority of *Salene* v. *Isherwood,* 74 Or. 35, 39 (144 Pac. 1175), and *Dundas* v. *Grand View Land Co.,* 79 Or. 379, 380 (155 Pac. 365), this condition of the record precludes the consideration of the questions discussed in appellant's brief.    We find that the complaint states facts sufficient to constitute a cause of action.    The judgment is affirmed.                              AFFIRMED.